IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**MICHAEL JAMES FRANKS**                                                                          **PLAINTIFF**

V.                                     **CASE NO. 2:24-CV-2115**

**SHERIFF DANIEL PERRY (Crawford County, Arkansas);**
**CHIEF OF POLICE JOSH WINFORD;**
**DEPUTY ZAKARY KING;**
**OFFICER WILLIAMS (Dyer Police Department);**
**CORPORAL BRANDON CHANCEY**
**(Crawford County Sheriff's Department)**                                                   **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 47) filed in this case on June 17, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED** on this 8th day of July, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE